159 F.3d 1351
 Holly Jess, Executrix of Estate of David E. Weeks, Jr.,
Jacob Aaron Jess, By his Natural Guardian and Next Friend,
Holly Jess, Luke David Jess, By his Natural Guardian and
Next Friend, Holly Jess, Nathan Daniel Jess, By his Natural
Guardian and Next Friend, Holly Jess, Sarah Jess, By her
Natural Guardian and Next Friend, Holly Jess, Leah Jess, By
her Natural Guardian and Next Friend, Holly Jess, Joshua
Mark Jess, By his Natural Guardian and Next Friend, Holly
 NO. 96-2156
 United States Court of Appeals,
Third Circuit.
 July 27, 1998
 Appeal From: E.D.Pa. ,No.94cv07211
 
 1
 Reversed.